11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

John Lee Nail,

\* From the 90th District
Court of Stephens County,
Trial Court No. F33653.

Vs. No. 11-13-00243-CR

\* October 24, 2013

The State of Texas,

\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.)

This court has considered John Lee Nail's motion to dismiss his appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.